UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE, | Case No. 2:20-cv-01830-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. The court directed petitioner to file an amended petition because he did not sign and verify his initial petition, as required by 28 U.S.C. § 2242 and Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has not filed an amended petition within the allotted time. The court thus will dismiss the action. The dismissal will be without prejudice, but the court makes no statement about the timeliness of a subsequently commenced habeas corpus action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

///

///

///

1

1    IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice because petitioner failed to sign and verify his petition.  The clerk of the court is directed to enter judgment accordingly and to close this action.

    IT THEREFORE IS ORDERED that a certificate of appealability will not issue.

DATED: January 5, 2021

_____
GLORIA M. NAVARRO
United States District Judge